IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80252 WHA

IN THE MATTER OF

In the Matter of Mary Alice Nolan - #108907

/

**ORDER OF SUSPENSION**

    Because Mary Alice Nolan has failed to respond to the order to show cause, Ms. Nolan's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE